UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED VILLANEDA, | No. C-13-5004 EMC (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M. SAYRE, Chief Medical Officer; *et al.*, | |
| Defendants. | |

Plaintiff filed this prisoner's *pro se* civil rights action under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1915A, the Court reviewed the complaint, and determined that the complaint failed to state a claim upon which relief could be granted. The Court dismissed the complaint with leave to amend no later than March 28, 2014, and cautioned that the action would be dismissed if an amended complaint was not filed by the deadline. At Plaintiff's request, the Court extended the deadline for him to file an amended complaint to May 30, 2014, and then to July 25, 2014. The extended deadline for Plaintiff to file an amended complaint has long passed, and he has not filed an amended complaint. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated: September 4, 2014

EDWARD M. CHEN
United States District Judge